**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                        (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Peregrine Rocky Mountains LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | __ __ – N O N E __ __ | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3              Riverway | |
| Number       Street | Number     Street |
| Suite 1100 | |
| | P.O. Box |
| Houston         TX      77056 | |
| City            State   ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris | |
| County | Number    Street |
| | |
| | City          State    ZIP Code |

5. **Debtor's website** (URL)    None

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Peregrine Rocky Mountains LLC    Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY
          District _____  When _____  Case number _____
                                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Please see Schedule 1     Relationship  Affiliate
          District  Delaware                When  Date hereof
                                                    MM / DD / YYYY
          Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   Peregrine Rocky Mountains LLC            Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street
                          _____
                          _____  _____  _____
                          City                            State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name       _____
       Phone              _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor   Peregrine Rocky Mountains LLC                                   Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2016
             MM / DD / YYYY

✗ /s/ Robert Foss                                      Robert Foss
Signature of authorized representative of debtor       Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✗ /s/ Sarah E. Pierce                                  Date  02/02/2016
Signature of attorney for debtor                             MM / DD / YYYY

Sarah E. Pierce
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP
Firm name

One           Rodney Square, P.O. Box 636
Number        Street

Wilmington                                             DE          19899
City                                                   State       ZIP Code

(302) 651-3000                                         Sarah.Pierce@skadden.com
Contact phone                                          Email address

4648                                                   DE
Bar number                                             State

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page **4**

## SCHEDULE 1– AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended, substantially contemporaneously with the filing of this petition.

1. Ryckman Creek Resources, LLC

2. Ryckman Creek Resources Holding Company LLC

3. Peregrine Midstream Partners LLC

4. Peregrine Rocky Mountains LLC

**Fill in this information to identify the case:**

**Debtor Name:** Ryckman Creek Resources, LLC, et al.
**United States Bankruptcy Court for the:**_____ District of Delaware
**Case Number (if known):**_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **ING Capital LLC**<br>Administrative Agent for lenders under Second Amended and Restated Credit Agreement<br>1325 Avenue of the Americas, 11th Floor<br>New York, NY 10019 | Cheryl LaBelle<br>646-424-7207 (P)<br>cheryl.labelle@ing.com<br>646-424-7484 (F) | Secured Bank Loans (Under Secured) | Unliquidated | $332,983,798 | Undetermined | Undetermined |
| 2 | **Troy Construction, LLC**<br>8521 McHard Rd, Houston, TX 77053 | Daniel J. O'Hare<br>281-437-8214 (P)<br>dohare@troyconstruction.com<br>281-437-9580 (F) | Litigation | Contingent, Unliquidated, Disputed | $0 | $0 | $19,799,129 |
| 3 | **Matrix Service, Inc.**<br>3810 Bakerview Spur, Bellingham, WA 98226 | Rhett Dixion<br>360-685-2000 (P)<br>rdixion@matrixservice.com | Trade | Contingent, Unliquidated | $0 | $0 | $6,480,672 |
| 4 | **William Insulation Company**<br>PO Box 2259 Mills, WY 82644 | Ken Milne<br>307-235-1965 (P)<br>milnek@wicwyo.com<br>307-235-0712 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $5,529,123 |
| 5 | **Redi Services, LLC**<br>West End Owen St, Lyman, WY 82937 | Sam Morton<br>307-787-6333 (P)<br>smorton@rediservicesllc.com<br>307-787-3124 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $4,842,115 |
| 6 | **Brock Services, LLC**<br>6435 Huron Street|Denver, CO 80221 | Darren Franz<br>303-429-1408 (P)<br>darren.franz@brockgroup.com<br>303-427-4331 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $4,171,119 |
| 7 | **International Alliance Group**<br>3657 Briarpark Drive, Houston, TX 77042 | Barry Switzer<br>832-615-1456 (P)<br>bswitzer@triten.com<br>713-690-9092 (F) | Trade | Contingent, Unliquidated, Disputed | $0 | $0 | $3,927,765 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

**Debtor Name:** Ryckman Creek Resources, LLC, et al.                                     **Case Number (if known):** _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **BCCK Engineering, Inc.**<br>2500 North Big Spring, Suite 230 Midland TX 79705 | Gary Wheeler<br>432-685-7021 (P)<br><br>432-685-7021 (F) | Trade | Contingent, Unliquidated, Disputed | $0 | $0 | $1,867,232 |
| 9 | **Acqyre B.V.**<br>PO Box 85571 2508 CG, The Hague, The Netherlands | Victor Mackay<br>+31(0)707200942 (P)<br>victor.mackay@acqyre.com | Trade | Contingent, Unliquidated, Disputed | $0 | $0 | $1,858,564 |
| 10 | **GSL- Great Salt Lake Electric Inc.**<br>8540 Sandy Pkwy, Sandy, UT 84070 | Billy Johnson<br>801-565-0088 (P)<br>bjohnson@gslelectric.com<br>801-565-0099 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $1,826,202 |
| 11 | **CB&I, Inc.**<br>205 Louis Hurley Road El Dorado, AR 71730 | David Landers<br>870-862-5167 (P)<br>david.landers@cbi.com<br>870-862-4771 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $1,789,388 |
| 12 | **Andrews Kurth LLP**<br>600 Travis, Suite 4200, Houston, TX 77002 | Stuart Hollimon<br>713-220-4200 (P)<br>StuartHollimon@andrewskurth.com<br>713-238-7149 (F) | Professional Services | Contingent, Unliquidated | $0 | $0 | $1,444,394 |
| 13 | **MMR Constructors, Inc.**<br>14250 E. Easter Place Unit B \| Centennial, CO 80112 | Rodi F. Rispone<br>225-756-5090 (P)<br>rrispone@mmrgrp.com<br>225-612-8134 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $1,417,953 |
| 14 | **Emerson Process Management**<br>1100 W. Louis Henna Bldg 1, Round Rock, Texas 786812 | Legal Department<br>952-828-3700 (P)<br>epm-cfs.ep@emerson.com<br>952-828-3737 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $1,109,033 |
| 15 | **Wholesale Electric Supply Co.**<br>4040 Gulf Freeway Houston, TX 77004 | Richard Biddy<br>713-749-8443 (P)<br>rbiddy@wholesaleelectric.com<br>713-741-3001 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $944,626 |
| 16 | **Intermountain Electric Service, Inc.**<br>PO Box 1848, Evenston, WY 82931 | Donald L Larson<br>307-789-0847 (P) | Trade | Contingent, Unliquidated | $0 | $0 | $655,010 |

**Debtor Name:** Ryckman Creek Resources, LLC, et al.	**Case Number (if known):**_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 **Black & Veatch** PO Box 803823 Kansas City MO 64180 | John M. Chevrette 646-779-8348 (P) chevrettej@bv.com | Trade | Contingent, Unliquidated | $0 | $0 | $515,369 |
| 18 **Veritas Advisory Group** 1601 Elm Street Suite 3600, Dallas, TX 75201 | Brad Bright 214-720-1995 (P) bbright@veritasag.com 214-722-5577 (F) | Professional Services | Contingent, Unliquidated | $0 | $0 | $375,003 |
| 19 **Enerflex Ltd.** 2289 Renauna Ave, Casper, WY 82605 | Bill Darnofal 307-237-7118 (P) bdarnofal@enerflex.com 307-234-3803 (F) | Trade | Contingent, Unliquidated, Disputed | $0 | $0 | $316,373 |
| 20 **One-Chem, LLC** PO Box 42, Randolph, UT 84064 | Jason Leavitt 307-708-0345 (P) haxon6115@outlook.com | Trade | Contingent, Unliquidated | $0 | $0 | $293,744 |
| 21 **Cicerone & Associates** 1302 Waugh Drive, Suite 248 Houston TX 77019 | Doug Cicerone 913-593-1168 (P) doug.cicerone@gmail.com | Trade | Contingent, Unliquidated | $0 | $0 | $235,240 |
| 22 **Elkhorn Construction, Inc.** 71 Allegiance Circle, Evanston, WY, 82930 | Mitch Midcap 307-783-5050 (P) | Trade | Contingent, Unliquidated | $0 | $0 | $189,987 |
| 23 **MMI Engineering** 11490 Westheimer Suite 150 Houston Texas 77077 | Alastair Painter 281-810-5048 (P) APainter@MMIEngineering.com 281-920-4602 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $178,048 |
| 24 **Precision Systems Engineering** 9805 South 500 West, Sandy, UT 84070 | Michael R. McMullin 801-943-5555 (P) mmcmullin@pseutah.com 801-943-5922 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $147,577 |
| 25 **Team Industrial Services, Inc.** 64 Imperial Drive, Suite C, Evanston, WY 82930 | Tommy Campbell 801-397-2202 (P) Tommy.Campbell@TeamInc.com 801-397-5355 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $125,200 |

**Debtor Name: Ryckman Creek Resources, LLC, et al.**  **Case Number (if known):**_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 **VirtueCom LLC** 777 S Wadsworth Blvd, Ste 1-103, Lakewood, CO 80226 | Onami Bernheim 303-997-6659 (P) onamib@virtuecom.com 866-677-0885 (F) | Utilities | Contingent, Unliquidated | $0 | $0 | $107,476 |
| 27 **Flare Construction Inc.** PO Box 130, Coalville, UT 84017 | Wade Simister 435-336-2888 (P) wade@flareconstruction 435-336-2513 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $100,323 |
| 28 **Dew Point Control, LLC** P.O. Box 18887 Sugar Land, Texas 77496 | Myron Goforth 281-265-0101 (P) mgoforth@dpc.com 281-265-0107 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $99,225 |
| 29 **Strategic Contract Resources, LLC** 5655 Lake Acworth Drive, Suite 350, Acworth GA 30101 | Donald W. Bengtson 678-784-6112 (P) 678-784-6119 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $87,360 |
| 30 **Glenntech, Inc.** 12614 Misty Valley Dr Houston, TX 77066 | Randy Glen 281-844-8916 (P) rglenn@glentech.com 281-444-4930 (F) | Trade | Contingent, Unliquidated | $0 | $0 | $61,640 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Ryckman Creek Resources, LLC, et al.

United States Bankruptcy Court for the: _____  District of Delaware
                                                        (State)

Case number (If known): _____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2016             X  /s/ Robert Foss
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        Robert Foss
                                        Printed name

                                        Chief Executive Officer
                                        Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
In re:                                   :   Chapter 11
                                         :
PEREGRINE ROCKY MOUNTAINS LLC,           :   Case No. 16-_____ (___)
                                         :
         Debtor.¹                        :   (Joint Administration Pending)
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE OWNERSHIP STATEMENT OF
PEREGRINE ROCKY MOUNTAINS LLC**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the organizational chart attached hereto as Exhibit 1 identifies all entities having a direct or indirect ownership interest in Peregrine Rocky Mountains LLC, the above-captioned debtor and debtor in possession (the "Debtor"), and any entity in which the Debtor owns an interest.

**LIST OF EQUITY SECURITY HOLDERS**

The following list sets forth each of the equity security holders of the Debtor, and has been prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Holder | Address of Equity Holder | Number of Units | Type of Units |
|---|---|---|---|
| Peregrine Midstream Partners LLC | 3 Riverway, Suite 1100 Houston, TX 77056 | 750,000 | Class A |

---

[1] The address of the Debtor's corporate headquarters is 3 Riverway, Suite 1100, Houston, TX 77056.



Exhibit 1
Corporate Structure

**Fill in this information to identify the case and this filing:**

Debtor Name  Peregrine Rocky Mountains LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement, List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2016          X  /s/ Robert Foss
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

Robert Foss
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

# UNANIMOUS CONSENT
# OF
# THE SOLE MEMBER
# OF
# PEREGRINE ROCKY MOUNTAINS LLC

### February 1, 2016

The undersigned, being the sole member (the "<u>Member</u>") of Peregrine Rocky Mountains LLC, a Delaware limited liability company (the "<u>Company</u>"), does hereby consent in writing pursuant to the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of the Company (the "<u>LLC Agreement</u>"), and without formality of convening a meeting, approves in all respects the adoption of, and does hereby adopt the following resolutions:

<u>Chapter 11 Filing</u>

**WHEREAS**, the Member has been presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in which the authority to operate as a debtor-in-possession will be sought; and

**WHEREAS**, the Member has determined that it is in the best interests of the Company and its stakeholders that the Company file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

**NOW THEREFORE, BE IT RESOLVED**, that the Company file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby;

**FURTHER RESOLVED**, that each of the officers of the Company, including, without limitation, the Chief Executive Officer, General Counsel, Chief Restructuring Officer, and Vice President of Restructuring (each, an "<u>Authorized Officer</u>," and, collectively, the "<u>Authorized Officers</u>") is hereby authorized, empowered, and directed in the name and on behalf of the Company to take all actions in connection with the chapter 11 case authorized herein;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and

directed, in the name and on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed in the name and on behalf of the Company, to execute and file or cause to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action which they or any one of them deem necessary or appropriate in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

DIP Financing

**FURTHER RESOLVED**, that the Authorized Officers of the Company be, and each of them individually hereby is, authorized, empowered, and directed to (a) enter into one or more new debtor-in-possession financing facilities, or amend, restate, amend and restate, supplement, or otherwise modify any existing financing facility to provide a debtor-in-possession financing facility, and enter into any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company as approved by any one or more of the Authorized Officers; and (b) pay related fees and grant security interests in and liens upon some, all, or substantially all of the Company's assets, in such case as may be deemed necessary or desirable by any one or more of the Authorized Officers in connection with the Financing Transactions;

Retention of Advisors

**FURTHER RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and hereby are, employed under general retainer as attorneys for the Company in the chapter 11 case;

**FURTHER RESOLVED**, that AP Services, LLC (or its affiliates) be, and hereby is, employed to provide related managerial services to the Company;

**FURTHER RESOLVED**, that Evercore Group LLC (or its affiliates) be, and hereby are, employed as investment banker for the Company in the chapter 11 case;

**FURTHER RESOLVED**, that Kurtzman Carson Consultants LLC (or its affiliates) be, and hereby are, employed as claims and noticing agents for the Company in the chapter 11 case;

Appointment of Officers

**FURTHER RESOLVED**, that Thomas B. Osmun be, and he hereby is, appointed as Chief Restructuring Officer of the Company, to hold such office and to serve in accordance with the LLC Agreement of the Company, and at the discretion of the Board of Managers, and shall report to the Chief Executive Officer, General Counsel, and Board of Managers;

**FURTHER RESOLVED**, that Robert Albergotti be, and he hereby is, appointed as Vice President of Restructuring of the Company, to hold such office and to serve in accordance with the LLC Agreement of the Company, and at the discretion of the Board of Managers, and shall report to the Chief Executive Officer, General Counsel, and Board of Managers;

Fees and Expenses

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Member;

General

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Company or otherwise, such agreements, certificates, undertakings, instruments, and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate in connection with the chapter 11 case, the DIP Financing, or any matter related thereto, the taking of any such action or the execution and delivery of such agreements, certificates, undertakings, instruments, documents, or amendments conclusively to evidence the due authorization and approval thereof by the Member; and

3

**FURTHER RESOLVED**, that all actions heretofore taken by any director, officer or employee of the Company, on or prior to the date hereof, in the name and on behalf of the Company in connection with any of the matters contemplated by the foregoing resolutions are in all respects authorized, ratified, approved, confirmed, and adopted as the acts and deeds by and on behalf of the Company as fully as if such actions had been presented to the Member for its prior approval.

* * * * *

[*Signature Page Follows*]

      **IN WITNESS WHEREOF**, this action by written consent has been executed by the undersigned Member as of the date first written above.

                                                    PEREGRINE MIDSTREAM PARTNERS LLC

                                                   By: _____
                                                       Name: Robert Foss
                                                       Title:   Chief Executive Officer

942581.04-CHISR01A - MSW